Michael Lee **BENNINGER,**
Plaintiff–Appellant,

v.

Doctor **PATEL**; Doctor **Moore,** Sick Call; Mr. **Davis,** Medical Records; Nurse **White,** TB Nurse; Nurse **Jones;** Roland **McFadden,** Assistant Warden; Lane **Cribb,** Sheriff; Michael **Schwartz;** Jane DOE, I, Nurse; Jane Doe, II, Nurse; John Doe, I, Doctor; John DOE, II, Doctor; Jane Doe, Doctor; Eastern Healthcare Group, Incorporated; Captain **Watkins;** John Doe, Dentist, Defendants–Appellees.

**No. 01–6775.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 5, 2001.

Michael Lee Benninger, pro se. James E. Parham, Jr., John Eric Fulda, Irmo, SC; Alexia Pittas–Giroux, Stuckey Law Offices, P.A., Charleston, SC; Danny Calvert Crowe, Ronald Hawthorne Barrett, Turner, Padget, Graham & Laney, P.A., Columbia, SC; William Walter Doar, Jr., Mcnair Law Firm, P.A., Georgetown, SC, for appellees.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Michael Lee Benninger appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Benninger v. Patel,* Nos. CA–00–2812–6–13AK; CA–00–3133–6–13AK (D.S.C. Apr. 4, 2001). We deny Appellees' motions to dismiss the appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*